**Order entered October 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00349-CR

**RONALD GAYLON ROSSER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81000-2015**

## ORDER

Before the Court are court reporter Sheri J. Vecera's September 30, 2019 request for a short extension of time to file the reporter's record and October 3, 2019 letter requesting another short extension. The reporter's record was received on October 7, 2019.

We **GRANT** Ms. Vecera's requests and **ORDER** the reporter's record filed as of October 7, 2019.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE